## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JAMES AUGUSTO OSORIO VALENCIA,**
**Calle 18 Norte #5N-34**
**Cali Voille Del Cauca**
**Colombia,**

        **Plaintiff,**

v.                              **Civil Action No.**

**U.S. DEPARTMENT OF THE TREASURY,**    **COMPLAINT FOR**
**Treasury Annex**                               **INJUNCTIVE RELIEF**
**1500 Pennsylvania Ave., NW**
**Washington, DC 20220,**

        **Defendant.**

_____/

1.    This is an action brought under the Freedom of Information Act ["FOIA"],

5 U.S.C. §552, *et seq.,* to enjoin the defendant from withholding from public disclosure of

certain records of the U.S. Department of the Treasury ["Treasury"] within their possession

and control.

2.    This Court has jurisdiction over this action pursuant to 5 U.S.C. §552(a)(4)(B).

3.    Plaintiff, James Augusto Osorio Valencia ["Mr. Osorio"] is a private

individual who resides in Colombia.

4.    Defendant, Treasury is an agency and/or department of the United States.

5.    Treasury's Office of Foreign Assets Control ["OFAC"] placed Mr. Osorio on

a sanction list which denies him entry into the United States.

6.     In a letter of April 27, 2009, Mr. Osorio, pursuant to the FOIA, requested Treasury to provide all records on himself ["FOIA request"].  Enclosed as Exhibit A is a copy of Mr. Osorio's FOIA request.

7.     On April 30, 2009, Treasury responded to Mr. Osorio's FOIA request by alleging certain "imperfections" with his FOIA request and requesting additional information.  Enclosed as Exhibit B is a copy of Treasury's letter dated April 30, 2009.

8.     Mr. Osorio filed an Amended FOIA request with Treasury on May 5, 2009 ["Amended FOIA"].  Enclosed as Exhibit C is a copy of Mr. Osorio's Amended FOIA.

9.     On May 8, 2009, Treasury acknowledged receipt of Mr. Osorio's Amended FOIA and FOIA request.  Enclosed as Exhibit D is a copy of Treasury's letter dated May 8, 2009.

10.    On May 19, 2009, OFAC also acknowledged receipt of Mr. Osorio's Amended FOIA.  Enclosed as Exhibit E is a copy of OFAC's letter dated May 19, 2009.

11.    Mr. Osorio did not receive any records from Treasury and/or OFAC regarding his FOIA request and/or Amended FOIA.  Therefore, Mr. Osorio filed a FOIA Appeal with OFAC on August 21, 2009 ["FOIA Appeal"].  Enclosed as Exhibit F is a copy of Mr. Osorio's FOIA Appeal.

12.    Mr. Osorio did not receive any acknowledgment letter to his FOIA Appeal from Treasury and/or OFAC .

13.    Treasury and/or OFAC's failure to respond to Mr. Osorio's FOIA Appeal

2

within the time prescribed by law constitutes a deemed denial pursuant to 5 U.S.C. §552(a)(6)( C ).

14.     Mr. Osorio has exhausted his administrative remedies.

WHEREFORE, Mr. Osorio respectfully requests the Court:

1.      To take jurisdiction of this cause of action;

2.      To order Treasury and/or OFAC to immediately release the requested records to Mr. Osorio; and,

3.      To grant such other and further relief as the Court may deem proper and just.

Respectfully submitted,

Peter S. Herrick
Attorney for Plaintiff
James Augusto Osorio Valencia
3520 Crystal View Court
Miami, FL 33133
Tel.: 305-858-2332
Fax.: 305-858-6347
Email: pherrick1@comcast.net
D.C. Bar No.: 137935

3

# EXHIBIT A

# PETER S. HERRICK, P.A.
## ATTORNEYS AT LAW

**MAIL TO:**
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-858-2332
Fax. 305-858-6347
Of Counsel: Roy Leon

301 East Ocean Blvd.
Suite 530
Long Beach, CA 90802
Tel. 562-628-2355
Email: pherrick@bellsouth.net
Web: CustomsLawyer.Net

April 27, 2009

TELECOPY ONLY (202-622-3895)

FREEDOM OF INFORMATION ACT

Dale Underwood
Deputy Director, Disclosure Services
FOIA/PA Request
Department of the Treasury
Washington DC 20220

Re:    Requestor: James Augusto Osorio Valencia

Dear Mr. Underwood:

We are representing the requestor in this Freedom of Information Act request. Specifically, we request all of the records, including electronic records, maintained by the Office of Foreign Assets Control under the Act, 5 U.S.C. §552, *et. seq.* on this individual. We request the records be made available within the time prescribed by law. The requestor agrees to pay for reasonable search and copy charges.

Sincerely,

Peter S. Herrick

Enclosures

# APPOINTMENT AND AUTHORIZATION OF ATTORNEY

TO:    United States Office of Foreign Assets Control

Re:    James Augusto Osorio Valencia

Peter S. Herrick, P.A. is hereby appointed, and authorized to act, as attorney at law for the undersigned with respect to matters before the United States Office of Foreign Assets Control.

Said attorney is authorized, and a limited power of attorney is granted to said attorney to execute any documents required in the case, including, but not limited to, Election of Proceedings (Form AF), Hold Harmless Agreements, Freedom of Information Act Requests and Release Dispositions on behalf of the undersigned.

A duplicate, photocopy, telefax copy or photocopy of a telefax copy of the signed original shall have the same validity, force and effect as the original.

Dated: _29 April 2009_

James Augusto Osorio Valencia

OSORIO VALENCIA, James Augusto, c/o INVERSIONES BRASILAR S.A, Bogota, Colombia;
c/o AGROPECUARIA LINDARAJA S.A., Cali, Colombia; Carrera 26 No. 8-60, Cali, Colombia;
Calle 4N No. 1-10, Apt. 901, Cali, Valle, Colombia; ████████████; POB Miranda, Cauca,
Colombia; citizen Colombia; nationality Colombia; ████████████ (Colombia); ████████
████████ (Colombia); alt. ████████████ (Colombia) (individual) [SDNT]

P. 1

* * * Communication Result Report ( Apr. 27. 2009 5:22PM ) * * *

1) Peter
2) Herrick

Date/Time: Apr. 27. 2009 5:21PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 1067 | Memory TX | 12026223895 | P. 3 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 2) Busy
E. 3) No answer
E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

PETER S. HERRICK, P.A.
ATTORNEYS AT LAW

MAIL TO:
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-858-2332
Fax. 305-858-6347
Of Counsel: Roy Leon

301 East Ocean Blvd.
Suite 530
Long Beach, CA 90802
Tel. 562-628-2355
Email: pherrick@bellsouth.net
Web: CustomsLawyer.Net

April 27, 2009

TELECOPY ONLY (202-622-3895)

FREEDOM OF INFORMATION ACT

Dale Underwood
Deputy Director, Disclosure Services
FOIA/PA Request
Department of the Treasury
Washington DC 20220

Re: Requestor: James Argusto Osorio Valencia

Dear Mr. Underwood:

We are representing the requestor in this Freedom of Information Act request. Specifically, we request all of the records, including electronic records, maintained by the Office of Foreign Assets Control under the Act, 5 U.S.C. §552, *et. seq.* on this individual. We request the records be made available within the time prescribed by law. The requestor agrees to pay for reasonable search and copy charges.

Sincerely,

Peter S. Herrick

Enclosures

# **<u>EXHIBIT B</u>**



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

April 30, 2009

RE:  2009-04-108

Mr. Peter S. Herrick
Peter S. Herrick, P.A.
Attorney At Law
301 East Ocean Blvd. – Ste. 530
Long Beach, CA  90802

Dear Mr. Herrick:

Your Freedom of Information Act/Privacy Act (FOIA/PA) request dated April 27, 2009, on behalf of your client, was received by this office.

According to Treasury regulations adopting the Freedom of Information Act, further information needs to be included before we can begin processing your request under the Act.  You are allowed to amend your request; however, we cannot begin processing your request until you do so.  The following are the imperfections in which we need further information:

- Requests for records must describe the records in reasonably sufficient detail to enable an employee familiar with the subject to locate the records.  The description should include the name, subject matter, date or time frame, location of the records, the Treasury unit maintaining the records if known, along with any other information which would help us to clearly identify the requested records.  Please review the Privacy Act records systems maintained by Department of the Treasury and choose those systems you believe may contain records about your client. Keep in mind that searching inappropriate records systems will add unnecessary time to processing your request.  Accordingly, please state why you believe the system(s) you wish searched may contain records pertaining to your client.  Information about the systems of records may be found on Treasury Website at www.treas.gov/privacy/pa.html

- All requests are required to have an agreement to pay applicable fees under the regulations which may incur during the processing of your request such as search, review and duplication.  Please provide an amount (not less than twenty-five (25) dollars for which you agree to pay.  (Amounts in excess of $250 require a prepayment).

When replying to this office, please make reference to the identification number at the top of this letter and either fax your response to 202-622-3895, or mail it to:

FOIA/PA Request
Disclosure Services
Department of the Treasury
Washington, DC 20220

If we do not hear from you within 30 days from the date of this letter, we will conclude you are not interested in pursuing your request for records and your file will be closed.

Sincerely,

Hugh Gilmore
Director, Disclosure Services

# **<u>EXHIBIT C</u>**

# PETER S. HERRICK, P.A.
## ATTORNEYS AT LAW

**MAIL TO:**
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-858-2332
Fax. 305-858-6347
Of Counsel: Roy Leon

301 East Ocean Blvd.
Suite 530
Long Beach, CA 90802
Tel. 562-628-2355
Email: pherrick@bellsouth.net
Web: CustomsLawyer.Net

May 5, 2009

TELECOPY ONLY (202-622-3895)

FREEDOM OF INFORMATION ACT (AMENDED)

Dale Underwood
Deputy Director, Disclosure Services
FOIA/PA Request
Department of the Treasury
Washington DC 20220

Re:     Requestor: James Augusto Osorio Valencia

Dear Mr. Underwood:

    We are representing the requestor in this Freedom of Information Act request. Specifically, we request all of the records, including electronic records, maintained by the Office of Foreign Assets Control under the Act, 5 U.S.C. §552, *et. seq.* on this individual. We request the records be made available within the time prescribed by law. The requestor agrees to pay for reasonable search and copy charges up to $25.00.

    We are enclosing a FOIA declaration from the requestor whereby he authorizes releasing his information to our law firm. The requestor is identified on your SDN list. The SDN would be one system of records to be searched. Another would be OFAC's law enforcement system of records.

Sincerely,

Peter S. Herrick

## FOIA DECLARATION

I, JAMES AUGUSTO OSORIO VALENCIA (print full name) request access to records maintained by the Office of Foreign Assets Control which pertain to me. My present address is: CALLE 18 NORTE # 6N-34 CALI VALLE DEL CAUCA COLOMBIA S.A. (since 2006)

My last former address is CALLE 4N # 1-10 APTO 901 CALI VALLE DEL CAUCA COLOMBIA S.A

My date of birth is ███████████████

I understand that knowingly or willing seeking or obtaining access to records about another person under false pretenses is punishable by a fine up to $5,000.00. I understand that any applicable copying fees must be paid by me before any records will be released.

I request that any records located and made available be sent to my attorney at the following:

Peter S. Herrick, Esq.
Peter S. Herrick, P.A.
3502 Crystal View Court
Miami, FL 33133
Tel.: 305-858-2332 / Fax: 305-858-6347

(IF EXECUTED OUTSIDE THE UNITED STATES):
I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on CALI, COLOMBIA 01/28/09 (print date)

_____ (Signature of Declarant)

(IF EXECUTED IN THE UNITED STATES, POSSESSIONS OR COMMONWEALTH):
I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____ (print date)

_____ (Signature of Declarant)

OSORIO VALENCIA, James Augusto, c/o INVERSIONES BRASILAR S.A., Bogota, Colombia;
c/o AGROPECUARIA LINDARAJA S.A., Cali, Colombia; Carrera 26 No. 8-60, Cali, Colombia;
Calle 4N No. 1-10, Apt. 901, Cali, Valle, Colombia; ██████████; POB Miranda, Cauca,
Colombia; citizen Colombia; nationality Colombia; ████████████ (Colombia); ████████
██████ (Colombia); ████████████████████ (Colombia) (Individual) [SDNT]

* * * Communication Result Report ( May. 5. 2009 3:26PM ) * * *

1) Peter
2) Herrick

Date/Time: May. 5. 2009 3:25PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 1130 | Memory TX | 12026223895 | P. 3 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 2) Busy
E. 3) No answer
E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

PETER S. HERRICK, P.A.
ATTORNEYS AT LAW

MAIL TO:
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-858-2332
Fax. 305-858-6347
Of Counsel: Roy Leon

301 East Ocean Blvd.
Suite 530
Long Beach, CA 90802
Tel. 562-628-2355
Email: pherrick@bellsouth.net
Web: CustomsLawyer.Net

May 5, 2009

TELECOPY ONLY (202-622-3895)

FREEDOM OF INFORMATION ACT (AMENDED)

Dale Underwood
Deputy Director, Disclosure Services
FOIA/PA Request
Department of the Treasury
Washington DC 20220

Re: Requestor: James Augusto Osorio Valencia

Dear Mr. Underwood:

We are representing the requestor in this Freedom of Information Act request. Specifically, we request all of the records, including electronic records, maintained by the Office of Foreign Assets Control under the Act, 5 U.S.C. §552, *et. seq.* on this individual. We request the records be made available within the time prescribed by law. The requestor agrees to pay for reasonable search and copy charges up to $25.00.

We are enclosing a FOIA declaration from the requestor whereby he authorizes releasing his information to our law firm. The requestor is identified on your SDN list. The SDN would be one system of records to be searched. Another would be OFAC's law enforcement system of records.

Sincerely,

Peter S. Herrick

# **<u>EXHIBIT D</u>**



## DEPARTMENT OF THE TREASURY
### WASHINGTON, D.C. 20220

May 8, 2009

RE: 2009-04-108

Mr. Peter S. Herrick
Peter S. Herrick, P.A.
Attorney At Law
301 East Ocean Blvd. – Ste. 530
Long Beach, CA  90802

Dear Mr. Herrick:

This concerns your follow up letter of May 5, 2009, providing a better description of the records you are seeking and agreeing to pay fees which may be incurred in the processing of your April 27, 2009, Freedom of Information Act (FOIA) request.

Every effort will be made in the Departmental Offices to provide you with a timely response.

Further inquiries concerning this request should make reference to the identification number at the top of this letter and should be faxed to 202-622-3895 or mailed to:

FOIA/PA Request
Disclosure Services
Department of the Treasury
Washington, DC  20220

Sincerely,

Hugh Gilmore
Director, Disclosure Services

# EXHIBIT E



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

FOIA No.: 2009-04-108
FAC No.: SDNT- 465978

MAY 19 2009

Peter S. Herrick, P.A.
Attorneys at Law
3520 Crystal View Court
Miami, FL 33133

Dear Mr Herrick:

This acknowledges receipt of your Freedom of Information Act (FOIA), 5 U.S.C. § 552/ Privacy
Act (PA), 5 U.S.C. § 552a, request to the Office of Foreign Assets Control (OFAC), dated 5
May, 2009, in your letter you state that you are representing James Augusto Osorio Valencia.
You state that you are seeking all records including electronic records, maintained by OFAC on
James Augusto Osorio Valencia.

OFAC generally processes its FOIA requests on a "first in, first out" basis. We may encounter
some delay in processing your request since OFAC is experiencing a substantial backlog of
FOIA requests that has adversely affected its response time. We will make every effort to
comply with your request in a timely manner; however, there are currently 187 open requests
ahead of yours.

We have determined that for the purposes of your request, you are an "other" requestor. The
FOIA, specifically 5 U.S.C. 552(a)(4)(A), and Treasury FOIA regulations at 31 C.F.R. § 1.7,
allow us to recover the full direct cost of searching for [at the salary rate(s) (basic pay plus 16
percent) of the employee(s) making the search] and duplicating records [20-cents per page] that
are responsive to your request, except that the first 100 pages of duplication and the first two
hours of search time shall be furnished without charge. You stated in your request that your
client is willing to pay assessable fees up to $25.00. You will be contacted before any additional
fees are accrued.

We will query the appropriate OFAC component for responsive records. If any responsive records
are located, they will be reviewed for determination of releasability. Please be assured that one of
our Analysts will respond to your request as expeditiously as possible. We appreciate your
patience as we proceed with your request.

05/26/09

Mr. Herrick
Page 2

Your request has been assigned FOIA No.: **2009-04-108**.  Please reference this number in any future correspondence.  You may contact this office at 202-622-4374.

Sincerely,

Marshall H. Fields, Jr.
Assistant Director, Disclosure Services
Office of Resource Management
Office of Foreign Assets Control

# **EXHIBIT F**

# PETER S. HERRICK, P.A.
## ATTORNEYS AT LAW

**MAIL TO:**
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-858-2332
Fax. 305-858-6347
Of Counsel: Roy Leon

301 East Ocean Blvd.
Suite 530
Long Beach, CA 90802
Tel. 562-628-2355
Email: pherrick@bellsouth.net
Web: CustomsLawyer.Net

August 21, 2009

TELECOPY ONLY (202-622-3895)

FREEDOM OF INFORMATION & PRIVACY ACT APPEAL

Marshall H. Fields, Jr.
Assistant Director, Disclosure Services
Office of Resource Management
Office of Foreign Assets Control
Department of the Treasury
Washington DC 20220

Re:   Requestor: James Augusto Osorio Valencia
      FOIA No. 2009-04-108

Dear Mr. Fields:

This is an appeal filed under the Freedom of Information & Privacy Acts of the failure of your office to provide the records we requested in our letter of May 5, 2009.

Sincerely,

Peter S. Herrick



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

FOIA No.: 2009-04-108
FAC No.: SDNT- 465978

MAY 1 9 2009

Peter S. Herrick, P.A.
Attorneys at Law
3520 Crystal View Court
Miami, FL 33133

Dear Mr Herrick:

This acknowledges receipt of your Freedom of Information Act (FOIA), 5 U.S.C. § 552/ Privacy
Act (PA), 5 U.S.C. § 552a, request to the Office of Foreign Assets Control (OFAC), dated 5
May, 2009, in your letter you state that you are representing James Augusto Osorio Valencia.
You state that you are seeking all records including electronic records, maintained by OFAC on
James Augusto Osorio Valencia.

OFAC generally processes its FOIA requests on a "first in, first out" basis. We may encounter
some delay in processing your request since OFAC is experiencing a substantial backlog of
FOIA requests that has adversely affected its response time. We will make every effort to
comply with your request in a timely manner; however, there are currently 187 open requests
ahead of yours.

We have determined that for the purposes of your request, you are an "other" requestor. The
FOIA, specifically 5 U.S.C. 552(a)(4)(A), and Treasury FOIA regulations at 31 C.F.R. § 1.7,
allow us to recover the full direct cost of searching for [at the salary rate(s) (basic pay plus 16
percent) of the employee(s) making the search] and duplicating records [20-cents per page] that
are responsive to your request, except that the first 100 pages of duplication and the first two
hours of search time shall be furnished without charge. You stated in your request that your
client is willing to pay assessable fees up to $25.00. You will be contacted before any additional
fees are accrued.

We will query the appropriate OFAC component for responsive records. If any responsive records
are located, they will be reviewed for determination of releasability. Please be assured that one of
our Analysts will respond to your request as expeditiously as possible. We appreciate your
patience as we proceed with your request.

05/26/09.

Mr. Herrick
Page 2

Your request has been assigned FOIA No.: **2009-04-108.** Please reference this number in any future correspondence. You may contact this office at 202-622-4374.

Sincerely,

Marshall H. Fields, Jr.
Assistant Director, Disclosure Services
Office of Resource Management
Office of Foreign Assets Control

P. 1

* * * Communication Result Report ( Aug. 21. 2009 5:13PM ) * * *

1) Peter
2) Herrick

Date/Time: Aug. 21. 2009 5:12PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 1910 | Memory TX | 12026223895 | P. 3 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 2) Busy
E. 3) No answer
E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

**PETER S. HERRICK, P.A.**
**ATTORNEYS AT LAW**

MAIL TO:
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-858-2332
Fax. 305-858-6347
Of Counsel: Roy Leon

301 East Ocean Blvd.
Suite 530
Long Beach, CA 90802
Tel. 562-628-2355
Email: pherrick@bellsouth.net
Web: CustomsLawyer.Net

August 21, 2009

TELECOPY ONLY (202-622-3895)

FREEDOM OF INFORMATION & PRIVACY ACT APPEAL

Marshall H. Fields, Jr.
Assistant Director, Disclosure Services
Office of Resource Management
Office of Foreign Assets Control
Department of the Treasury
Washington DC 20220

Re: Requestor: James Augusto Osorio Valencia
FOIA No. 2009-04-108

Dear Mr. Fields:

This is an appeal filed under the Freedom of Information & Privacy Acts of the failure of your office to provide the records we requested in our letter of May 5, 2009.

Sincerely,

Peter S. Herrick